**HONORABLE JUDGE BRYAN**

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR08-5604 RJB |
| vs. | ) | ORDER PERMITTING |
| | ) | WITHDRAWAL OF COUNSEL |
| ANDREW HOUSTON POINTER, | ) | |
| Defendant. | ) | |

THIS MATTER having come on for hearing upon motion of counsel to withdraw as the attorney of record for the above named defendant, and the court having reviewed the motion of counsel and having considered the argument of the parties, it is now, therefore

ORDERED that counsel for the defendant shall be permitted to withdraw as counsel of record. It is further

ORDERED that new counsel will be appointed forthwith and all discovery shall be provided to new counsel as soon as that individual receives the appointment, as the court finds that the defendant remains indigent and eligible for court-appointed counsel.

DONE IN OPEN COURT this 14th day of August, 2009.

_____
Robert J Bryan
United States District Judge

ORDER PERMITTING WITHDRAWAL OF COUNSEL
PAGE 1

C:\Documents and Settings\dkaleel\Local Settings\Temp\notesFFF692\~0210232.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688