# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR08-5604RJB |
| Plaintiff, | ORDER CONTINUING SENTENCING DATE |
| vs. | |
| ANTHONY CHARLES BLEVELLS, and | |
| ANDREW HOUSTON POINTER | |
| Defendants. | |

This matter comes before the court on the parties' Stipulated Motion to Continue the Sentencing Dates of Defendants Pointer and Blevells. The court, having considered the reasons for the motion and the file herein, hereby

ORDERS that the parties' Stipulated Motion to Continue the Sentencing Dates of Defendants Pointer and Blevells is GRANTED. Mr. Pointer's sentencing is hereby scheduled

//

/

ORDER CONTINUING SENTENCING DATE
The Law Office of Thomas E. Weaver
P.O. Box 1056
Bremerton, WA 98337
(360) 792-9345

1 for Monday, November 9, 2009 at 9:00 a.m. and Mr. Blevells' sentencing is hereby scheduled
2 for November 10, 2009 at 9:00 a.m.

Dated this 8th day of September, 2009.

_____
ROBERT J. BRYAN
United States District Judge

ORDER CONTINUING SENTENCING DATE					The Law Office of Thomas E. Weaver
												P.O. Box 1056
												Bremerton, WA 98337
												(360) 792-9345