UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW HOUSTON POINTER,<br><br>Defendant. | No.: CR08-5604RJB<br><br>ORDER CONTINUING<br>SENTENCING DATE |

The Court having considered the Motion and the contents therein, and it appearing that good cause exists to continue the sentencing date, it is hereby ORDERED:

Sentencing on this case is hereby continued to January 22, 2010.

Dated this 9th day of November, 2009.

_____
ROBERT J. BRYAN
United States District Judge

ORDER CONTINUING SENTENCING DATE       The Law Office of Thomas E. Weaver
                                        P.O. Box 1056
                                        Bremerton, WA 98337
                                        (360) 792-9345